# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: §
§
CINDY LEE MURPHY § Case No. 13-83002
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2013 . The undersigned trustee was appointed on 08/29/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $     25,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of$^1$      $ | 25,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  01/08/2014  and the deadline for filing governmental claims was  02/25/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.22 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,950.22 , for a total compensation of $ 1,950.22 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2016                     By: /s/BERNARD J. NATALE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-83002 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | CINDY LEE MURPHY | | | | Date Filed (f) or Converted (c): | 08/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/30/2013 |
| For Period Ending: | 03/30/2016 | | | | Claims Bar Date: | 01/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1 story 2br/1ba home at 427 Huron Street, Maches | 61,677.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (#2029) with Northwest Bank of | 391.80 | 0.00 | | 0.00 | FA |
| 3. Household Goods & Furniture | 1,377.00 | 0.00 | | 0.00 | FA |
| 4. 1 Lawn Mower, 1 Trimmer, Tool Set | 108.00 | 0.00 | | 0.00 | FA |
| 5. 1 Broken Printer | 0.00 | 0.00 | | 0.00 | FA |
| 6. 3 Books | 9.00 | 0.00 | | 0.00 | FA |
| 7. Antique Bedroom Set, 14 Porcelain Dolls | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothing | 120.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 10. Costume Jewelry | 130.00 | 0.00 | | 0.00 | FA |
| 11. Easy Glide Rowing Machine | 3.00 | 0.00 | | 0.00 | FA |
| 12. Wells Fargo Lowe's 401(k) | 937.16 | 0.00 | | 0.00 | FA |
| 13. Potential 2013 Tax Refund | 181.20 | 0.00 | | 0.00 | FA |
| 14. Discrimination suit against former employer Fadi | 0.00 | 0.00 | | 0.00 | FA |
| 15. Workers Compensation suit against Lowe's Company | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1998 GMC Jimmy with 198,000 miles in fair condit | 1,814.00 | 0.00 | | 0.00 | FA |
| 17. 3 Dogs | 100.00 | 0.00 | | 0.00 | FA |
| 18. Potential Inheritance from Estate of Robert Evan (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $68,548.16 | $25,000.00 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011)  *(Page: 3)*

DEBTOR IS BENEFICIARY OF WILL TO RECEIVE $25,000 FROM SALE OF DECEDENT'S HOME.  PROBATE ADMINISTERED BY PUBLIC ADMINISTRATOR.
DECEDANT'S HOME LISTED FOR SALE.  NO SALE PENDING TO DATE.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-83002 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | CINDY LEE MURPHY | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8194 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3647 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 03/30/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/16 | 18 | Robert H. Evans Estate<br>Sharon R. Rudy, Executor<br>405 W. State Street<br>Rockford, IL 61102-1202 | Inheritance | 1229-000 | $25,000.00 | | $25,000.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $25,000.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $25,000.00      $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8194 - Checking | $25,000.00 | $0.00 | $25,000.00 |
|  | $25,000.00 | $0.00 | $25,000.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:13-83002-TML  
Debtor Name: CINDY LEE MURPHY  
Claims Bar Date: 1/8/2014  

Date: March 30, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $1,950.22 | $1,950.22 |
| ATTY 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $2,651.25 | $2,651.25 | $2,651.25 |
| EXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $6.08 | $6.08 | $6.08 |
| 1 610 7100 | Quantum3 Group LLC<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $157.79 | $157.79 |
| 2 610 7100 | Capital One N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $213.24 | $213.24 |
| 3 610 7100 | eCAST Settlement Corporation<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $6,069.24 | $6,069.24 |
| 4 610 7100 | eCAST Settlement Corporation<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $926.32 | $926.32 |
| | Case Totals | | | $2,657.33 | $11,974.14 | $11,974.14 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-83002
Case Name: CINDY LEE MURPHY
Trustee Name: BERNARD J. NATALE

| | | |
|---|---|---|
| Balance on hand | $ | 25,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 1,950.22 | $ 0.00 | $ 1,950.22 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,651.25 | $ 0.00 | $ 2,651.25 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 6.08 | $ 0.00 | $ 6.08 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,607.55 |
| Remaining Balance | $ 20,392.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,366.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC | $ 157.79 | $ 0.00 | $ 157.79 |
| 2 | Capital One N. A. | $ 213.24 | $ 0.00 | $ 213.24 |
| 3 | eCAST Settlement Corporation assignee | $ 6,069.24 | $ 0.00 | $ 6,069.24 |
| 4 | eCAST Settlement Corporation assignee | $ 926.32 | $ 0.00 | $ 926.32 |

Total to be paid to timely general unsecured creditors       $ 7,366.59

Remaining Balance       $ 13,025.86

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 28.08 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 12,997.78 .