UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CINDY LEE MURPHY | § | Case No. 13-83002 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 46,677.00                    Assets Exempt: 21,871.16
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,394.67     Claims Discharged
                                               Without Payment: 70,771.18

Total Expenses of Administration: 4,607.55

---

    3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,997.78 (see **Exhibit 2**), yielded net receipts of $ 12,002.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 106,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,607.55 | 4,607.55 | 4,607.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,270.00 | 7,366.59 | 7,366.59 | 7,394.67 |
| **TOTAL DISBURSEMENTS** | $ 134,270.00 | $ 11,974.14 | $ 11,974.14 | $ 12,002.22 |

4) This case was originally filed under chapter 7 on 08/29/2013 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2016     By: /s/BERNARD J. NATALE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Inheritance from Estate of Robert Evan | 1229-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CINDY LEE MURPHY | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 12,997.78 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 12,997.78** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Bank of Rockford PO Box 1060 Rockford, IL 61105 | | 53,000.00 | NA | NA | 0.00 |
| | Northwest Bank of Rockford | 4110-000 | 53,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 106,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,950.22 | 1,950.22 | 1,950.22 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,651.25 | 2,651.25 | 2,651.25 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 6.08 | 6.08 | 6.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,607.55 | $ 4,607.55 | $ 4,607.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase<br>PO Box 15153<br>Wilmington, DE 19886 | | 6,901.36 | NA | NA | 0.00 |
| | GECRB<br>PO Box 965022<br>Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gordman's Comenity Bank<br>PO Box 182782<br>Columbus, OH 43218 | | 158.00 | NA | NA | 0.00 |
| | Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201 | | 213.00 | NA | NA | 0.00 |
| | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179 | | 7,996.52 | NA | NA | 0.00 |
| | Walmart<br>PO Box 960024<br>Orlando, FL 32896 | | 2,502.30 | NA | NA | 0.00 |
| 2 | Capital One N. A. | 7100-000 | NA | 213.24 | 213.24 | 213.24 |
| 3 | eCAST Settlement Corporation assignee | 7100-000 | NA | 6,069.24 | 6,069.24 | 6,069.24 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | eCAST Settlement Corporation assignee | 7100-000 | NA | 926.32 | 926.32 | 926.32 |
| 1 | Quantum3 Group LLC | 7100-000 | NA | 157.79 | 157.79 | 157.79 |
|  | U. S. Bank N. A. | 7100-000 | 7,996.52 | 0.00 | 0.00 | 0.00 |
|  | Walmart | 7100-000 | 2,502.30 | 0.00 | 0.00 | 0.00 |
|  | Capital One N. A. | 7990-000 | NA | NA | NA | 0.81 |
|  | eCAST Settlement Corporation assignee | 7990-000 | NA | NA | NA | 26.67 |
|  | Quantum3 Group LLC | 7990-000 | NA | NA | NA | 0.60 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 28,270.00 | $ 7,366.59 | $ 7,366.59 | $ 7,394.67 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-83002 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | CINDY LEE MURPHY | | | | Date Filed (f) or Converted (c): | 08/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/30/2013 |
| For Period Ending: | 06/28/2016 | | | | Claims Bar Date: | 01/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1 story 2br/1ba home at 427 Huron Street, Maches | 61,677.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (#2029) with Northwest Bank of | 391.80 | 0.00 | | 0.00 | FA |
| 3. Household Goods & Furniture | 1,377.00 | 0.00 | | 0.00 | FA |
| 4. 1 Lawn Mower, 1 Trimmer, Tool Set | 108.00 | 0.00 | | 0.00 | FA |
| 5. 1 Broken Printer | 0.00 | 0.00 | | 0.00 | FA |
| 6. 3 Books | 9.00 | 0.00 | | 0.00 | FA |
| 7. Antique Bedroom Set, 14 Porcelain Dolls | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothing | 120.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 10. Costume Jewelry | 130.00 | 0.00 | | 0.00 | FA |
| 11. Easy Glide Rowing Machine | 3.00 | 0.00 | | 0.00 | FA |
| 12. Wells Fargo Lowe's 401(k) | 937.16 | 0.00 | | 0.00 | FA |
| 13. Potential 2013 Tax Refund | 181.20 | 0.00 | | 0.00 | FA |
| 14. Discrimination suit against former employer Fadi | 0.00 | 0.00 | | 0.00 | FA |
| 15. Workers Compensation suit against Lowe's Company | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1998 GMC Jimmy with 198,000 miles in fair condit | 1,814.00 | 0.00 | | 0.00 | FA |
| 17. 3 Dogs | 100.00 | 0.00 | | 0.00 | FA |
| 18. Potential Inheritance from Estate of Robert Evan (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $68,548.16        $25,000.00        $25,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PROBATE ESTATE IN WHICH DEBTOR WAS BENEFICIARY CLOSED IN MARCH 2016.. TRUSTEE RECEIVED DISTRIBUTION, FINAL REPORT SENT TO UST ON 3/31/2016.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-83002  
Case Name: CINDY LEE MURPHY  
Taxpayer ID No: XX-XXX3647  
For Period Ending: 06/28/2016  

Trustee Name: BERNARD J. NATALE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8194  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/16 | 18 | Robert H. Evans Estate<br>Sharon R. Rudy, Executor<br>405 W. State Street<br>Rockford, IL 61102-1202 | Inheritance | 1229-000 | $25,000.00 | | $25,000.00 |
| 05/19/16 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,950.22 | $23,049.78 |
| 05/19/16 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $2,657.33 | $20,392.45 |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($2,651.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($6.08) | 3120-000 | | | |
| 05/19/16 | 1103 | Quantum3 Group LLC<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $158.39 | $20,234.06 |
| | | | ($0.60) | 7990-000 | | | |
| | | Quantum3 Group LLC | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($157.79) | 7100-000 | | | |
| 05/19/16 | 1104 | Capital One N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $214.05 | $20,020.01 |
| | | | ($0.81) | 7990-000 | | | |
| | | Capital One N. A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($213.24) | 7100-000 | | | |

Page Subtotals: $25,000.00    $4,979.99

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-83002 | Trustee Name: BERNARD J. NATALE |
| Case Name: CINDY LEE MURPHY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8194 |
| | Checking |
| Taxpayer ID No: XX-XXX3647 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 06/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/16 | 1105 | eCAST Settlement Corporation assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY  10087-9262 | Distribution | | | $7,022.23 | $12,997.78 |
| | | | ($26.67) | 7990-000 | | | |
| | | eCAST Settlement Corporation assignee | Final distribution to claim 3 representing a payment of 100.00 % per court order.   ($6,069.24) | 7100-000 | | | |
| | | eCAST Settlement Corporation assignee | Final distribution to claim 4 representing a payment of 100.00 % per court order.   ($926.32) | 7100-000 | | | |
| 05/19/16 | 1106 | CINDY LEE MURPHY<br>427 HURON ROAD<br>MACHESNEY PARK, IL  61115 | Distribution of surplus funds to debtor. | 8200-002 | | $12,997.78 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $25,000.00 | $25,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $25,000.00 | $25,000.00 |
| | Less: Payments to Debtors | $0.00 | $12,997.78 |
| | Net | $25,000.00 | $12,002.22 |

Page Subtotals:    $0.00    $20,020.01

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8194 - Checking | $25,000.00 | $12,002.22 | $0.00 |
| | $25,000.00 | $12,002.22 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals: $0.00 $0.00